**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Bryan Stallworth v. Randall Ayers

Appellate case number:    01-16-00012-CV

Trial court case number:    2015-53403

Trial court:               157th District Court of Harris County

On January 19, 2016, appellant, Bryan Stallworth, proceeding *pro se* and incarcerated, filed a request to proceed as indigent with an affidavit of indigence for appellate costs in this Court in the above-referenced appeal, which the Clerk of this Court referred to the trial clerk. *See* TEX. R. APP. P. 20.1(a)(2), (c)(1), (d), 25.1(a). On February 22, 2016, the court reporter filed an info sheet in this Court indicating that there is no reporter's record. On March 2, 2016, the trial clerk filed a clerk's record in this Court. On March 9, 2016, the trial clerk filed an info sheet in this Court stating that no contest to the affidavit of indigence was filed. *See id.* 20.1(i)(1), (2), (4).

Accordingly, the allegations in the affidavit of indigence are deemed true, and appellant is entitled to proceed without advance payment of appellate costs. *See* TEX. R. APP. P. 20.1(f), (i)(4). The Clerk of this Court is **ORDERED** to deem the appellant indigent and that he is allowed to proceed on appeal without advance payment of costs for purposes of the appellate filing fee and the clerk's and reporter's record fees.

Because the clerk's record was already filed and there is no reporter's record, the trial clerk is **ORDERED** to mail a copy of the clerk's record to the *pro se* and incarcerated appellant within **10 days** of the date of this Order, at no cost to appellant, and shall further certify to this Court the date when delivery is made within **15 days** of the date of this Order. *See* TEX. R. APP. P. 20.1(k). Finally, appellant's brief must be filed in this Court **within 40 days** of the date of this Order. *See id.* 2, 38.6(a)(1).

It is so ORDERED.

Judge's signature:    /s/ <u>Evelyn V. Keyes</u>
                        ☒ Acting individually    ☐ Acting for the Court

Date: March 15, 2016